**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| **Michael Griffin,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 15-0319-CV-W-JTM** |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed April 21, 2016 [Doc. 20].   After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act,* filed April 21, 2016 [Doc. 20] is **GRANTED**.   Accordingly, plaintiff is awarded EAJA fees in the amount of $5, 162.50.


          ***/s/ John T. Maughmer***
          **John T. Maughmer
          United States Magistrate Judge**